*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*



https://web.archive.org/web/20230629145915/https://www.cambiumnetworks.com/products/fiber/

1

EXHIBIT C

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*

14. A method for deploying a computer program over a network, the method comprising:

storing and running a software module on a client device of a user;

providing to the client device text files containing embedded program logic for the software module to assemble into the computer program, wherein the computer program provides a graphical user interface for receiving and interpreting user inputs to the client device;

running the computer program assembled from the embedded program logic on the client device; and

enabling user interaction with the computer program running on the client device.

2

EXHIBIT C

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*

| Claim 14 | |
|---|---|
| 14. A method for deploying a computer program over a network, the method comprising: | {Cambium Networks provides video content on its website that was delivered through a browser-based video player. When a user accessed that video, the browser downloaded the associated playback code (such as HTML, CSS, XML and JavaScript) from the Cambium Networks server. This client-side code interacted with the server to retrieve and stream the video data, enabling the video player to display and control the content on the user's device.}<br><br><br><br>https://web.archive.org/web/20230629145915/https://www.cambiumnetworks.com/products/fiber/ |

**3**

EXHIBIT C

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*

| Claim 14 | |
|---|---|
| storing and running a software module on a client device of a user; | {When a user accessed a webpage, the browser temporarily stored and executed client-side software components. The browser retrieved HTML, CSS, and JavaScript from the server, processed this logic locally, and rendered the webpage's graphical user interface. Accordingly, viewing a webpage involved downloading and running a software module (web browser) on the client device.}<br><br>**Web page rendering**<br><br>When the user navigates to a new web page (by clicking a link, or entering a web address in the browser address bar), several HTTP requests are sent, and several files are sent back in HTTP responses. The files received in these responses are processed by the browser and put together into a web page that the user can interact with. This process of assembling the pieces into a web page is called **rendering**.<br><br>https://developer.mozilla.org/en-US/docs/Learn_web_development/Getting_started/Web_standards/How_browsers_load_websites |

**4**

<span style="color:red">EXHIBIT C</span>

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*

| Claim 14 | |
|---|---|
| providing to the client device text files containing embedded program logic for the software module to assemble into the computer program, wherein the computer program provides a graphical user interface for receiving and interpreting user inputs to the client device; | {Cambium Networks has operated servers that communicated directly with the client device. For example, when a user accessed a Cambium Networks' webpage or online service, the server delivered the source-code application components to the client device for execution. In this process, the system provided the client device with text files containing embedded program logic that the software module subsequently assembled into the complete computer program.}<br><br><br><br>https://web.archive.org/web/20230629145915/https://www.cambiumnetworks.com/products/fiber/ |

EXHIBIT C

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*

| Claim 14 | |
|---|---|
| providing to the client device text files containing embedded program logic for the software module to assemble into the computer program, wherein the computer program provides a graphical user interface for receiving and interpreting user inputs to the client device; | {When a webpage was loaded, the server sent the browser text-based files such as HTML, CSS, and JavaScript that contained the program logic for the page. The browser then processed and assembled this logic on the client device to construct and run the functional user interface}<br><br><br><br>https://web.archive.org/web/20230629145915/https://www.cambiumnetworks.com/products/fiber/ |

EXHIBIT C

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*

| Claim 14 | |
|---|---|
| providing to the client device text files containing embedded program logic for the software module to assemble into the computer program, wherein the computer program provides a graphical user interface for receiving and interpreting user inputs to the client device; |  {When Cambium Networks' webpage or online service was displayed on a client device, the browser executed the program logic code to present a graphical user interface (GUI). This interface received and interpreted user inputs, such as selections (play/pause), directly on the client device.}<br><br>https://web.archive.org/web/20230629145915/https://www.cambiumnetworks.com/products/fiber/ |

EXHIBIT C

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*

| Claim 14 | |
|---|---|
| running the computer program assembled from the embedded program logic on the client device; and |  {When Cambium Networks' webpage or online service was accessed, the embedded program logic code was downloaded and assembled by the browser to form a complete computer program. This computer program then ran directly on the client device to enable interactive functionality for the user.}<br><br>https://web.archive.org/web/20230629145915/https://www.cambiumnetworks.com/products/fiber/ |

**8**

EXHIBIT C

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,246,351 by Cambium Networks*

| Claim 14 | |
|---|---|
| enabling user interaction with the computer program running on the client device. |  {When Cambium Networks' webpage or online service was rendered, the browser executed the downloaded logic on the client device, allowing the user to interact directly with the running program through the webpage's interface.}<br><br>https://web.archive.org/web/20230629145915/https://www.cambiumnetworks.com/products/fiber/ |

**9**

EXHIBIT C