*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

# US Patent 7,398,298 Versus Cambium Networks

## cnMaestro On-Premises

© 2021 Cambium Networks Limited. All Rights Reserved

### Overview

cnMaestro On-Premises is a standalone version of cnMaestro Cloud that can be installed in a customer's data center. Its functionality is nearly identical to Cloud – though compacted into a single package executed on a virtual machine. The primary features of both products include:

### User Management

#### Role-Based Access

Each user is assigned a Role that defines their authorization. On successful authentication, every request from this user is processed in light of their Role.

cnMaestro supports the following user Roles:

**Super Administrator** – Super Administrators can perform all operations.

**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.

**Operator** – Operators are able to configure device-specific parameters and view all configuration.

**Monitor** – Monitors have only view access.

**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.

https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 13, 428, 429 of 548

1

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 |
|---|
| 13.   A method for providing remote data directory structure management across at least one communications network comprising: |
| receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network; |
| processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, the profile data store being queried for the data directory structures accessible to each of the participating users, wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification; |
| delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network; |
| generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets; |
| determining if user requested data is accessible based on the information in the profile data store; and |
| delivering the user requested data and sending a confirmation of the delivery. |

2

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| A method for providing remote data directory structure management across at least one communications network comprising: | *{Cambium Networks performed the recited method. Roles assigned to users are an example of remote directory structure management. The roles are assigned across at least one communications network.}*<br><br>## User Management<br><br>### Role-Based Access<br><br>Each user is assigned a Role that defines their authorization. On successful authentication, every request from this user is processed in light of their Role.<br><br>cnMaestro supports the following user Roles:<br><br>**Super Administrator** – Super Administrators can perform all operations.<br><br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br><br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br><br>**Monitor** – Monitors have only view access.<br><br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>### Creating Users and Configuring User Roles<br><br>To add a user:<br><br>1. Navigate to **Administration > Users**.<br>2. Click **Add User**. The following window is displayed:<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf Page 428, 429, 433 of 548 |

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network; | *{Cambium Networks performed the recited step. The Cambium Networks platform hosted on a server is an example of a recited computer server. The computing application can be the user interface for the Cambium Networks platform. Participating users configured the Cambium Networks platform through a computing device as recited.}*<br><br>**Overview**<br><br>cnMaestro On-Premises is a standalone version of cnMaestro Cloud that can be installed in a customer's data center. Its functionality is nearly identical to Cloud – though compacted into a single package executed on a virtual machine. The primary features of both products include:<br><br>User Management<br><br>**Super Administrator** – Super Administrators can perform all operations.<br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br>**Monitor** - Monitors have only view access.<br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>**Creating Users and Configuring User Roles**<br>To add a user:<br>1. Navigate to **Administration > Users**.<br>2. Click **Add User**. The following window is displayed:<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 13, 428, 429, 433 of 548<br><br>Edit User<br>Username<br>admin<br>Full Name<br>Administrator<br>Password<br>••••••••<br>Confirm Password<br>••••••••<br>Role<br>Super Administrator ▾<br>☑ Enabled<br>Save   Cancel |

**4**

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| receiving at least one request by a computing application operating on a computer server over the communications network for remote management control of data directory structures from participating users offered through a computing device coupled to the communications network; | *{Cambium Networks performed the recited step. The Cambium Networks platform interface received at least one request (e.g. "Web User Interface access"). The request was for remote management control of data directory structures as recited.}*<br><br>**Overview**<br><br>cnMaestro On-Premises is a standalone version of cnMaestro Cloud that can be installed in a customer's data center. Its functionality is nearly identical to Cloud – though compacted into a single package executed on a virtual machine. The primary features of both products include:<br><br>User Management<br>Role-Based Access<br><br>Each user is assigned a Role that defines their authorization. On successful authentication, every request from this user is processed in light of their Role.<br><br>cnMaestro supports the following user Roles:<br><br>**Super Administrator** – Super Administrators can perform all operations.<br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br>**Monitor** - Monitors have only view access.<br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>**Creating Users and Configuring User Roles**<br><br>To add a user:<br>1. Navigate to **Administration > Users**.<br>2. Click **Add User**. The following window is displayed:<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf<br>Page 13, 428, 429, 433 of 548 |

**5**

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, | *{Cambium Networks performed the recited step. The Cambium Networks platform processed the request to provide remote management control over the data directory structures by providing data directory structure information.}*<br><br>User Management<br><br>**Super Administrator** – Super Administrators can perform all operations.<br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br>**Monitor** - Monitors have only view access.<br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>**Creating Users and Configuring User Roles**<br>To add a user:<br>1. Navigate to **Administration > Users**.<br>2. Click **Add User**. The following window is displayed:<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf<br>Page 429, 433 of 548 |

**6**

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| processing the request to provide the remote management control over the data directory structures by providing data directory structure information if deemed accessible from data stored in a profile store relating to the data and data directory structures accessible to each of the participating users, | *{The recited requests were only processed if deemed accessible from data stored in the recited profile store. For example, only a Super Administrator could invite users and edit their role of access to the platform through Member Profile.}*<br><br>User Management<br><br>**Super Administrator** – Super Administrators can perform all operations.<br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br>**Monitor** - Monitors have only view access.<br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 429 of 548 |

**7**

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| the profile data store being queried for the data directory structures accessible to each of the participating users, | *{The recited requests were only processed if deemed accessible from data stored in the recited profile store. For example, only a Super Administrator could invite users and edit their role of access to the platform through Member Profile.}*<br><br>User Management<br><br>**Super Administrator** – Super Administrators can perform all operations.<br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br>**Monitor** - Monitors have only view access.<br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 429 of 548 |

**8**

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| wherein a single directory structure from among a plurality of the data directory structures associated with the profile data store is selected by each of the participating users for modification; | *{For Web User Interface access, a single directory structure was selected by Administration to invite a new user to access the Cambium Networks platform. Web User Interface access could have one of the directory structures as listed. The plurality of data directory structures was associated with the profile data store shown on the previous slide.}*<br><br>User Management<br><br>**Super Administrator** – Super Administrators can perform all operations.<br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br>**Monitor** – Monitors have only view access.<br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>**Creating Users and Configuring User Roles**<br>To add a user:<br>1. Navigate to **Administration > Users**.<br>2. Click **Add User**. The following window is displayed:<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 429, 433 of 548 |

**9**

<span style="color:red">EXHIBIT D</span>

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| delivering desired data and the remote management control over the desired data to identified delivery targets by the computing application over the communications network; | *{Cambium Networks performed the recited step. Via the web user interface, the Cambium Networks platform delivered the desired data and the remote management control over the desired data as recited. Delivery targets were identified by the user (admin) having a Super Administrator role.}*<br><br>User Management<br>Role-Based Access<br>Each user is assigned a Role that defines their authorization. On successful authentication, every request from this user is processed in light of their Role.<br>cnMaestro supports the following user Roles:<br><br>**Super Administrator** – Super Administrators can perform all operations.<br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br>**Monitor** - Monitors have only view access.<br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>**Creating Users and Configuring User Roles**<br>To add a user:<br>1. Navigate to **Administration > Users**.<br>2. Click **Add User**. The following window is displayed:<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 428, 429, 433 of 548 |

**10**

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| generating at least one notification of the delivery of the desired data to the identified delivery targets upon the delivery of the desired data to the identified delivery targets; | *{Cambium Networks performed the recited step. When an administrator added a user, the administrator entered the user's email address, assigned one or more roles, and sent an invitation email to the user. The invitation email served as at least one alert indicating the delivery of the desired data (e.g., access to the web user interface).}*<br><br>**Overview**<br><br><br><br>**Creating Users and Configuring User Roles**<br><br>To add a user:<br><br>1. Navigate to **Administration > Users**.<br>2. Click **Add User**. The following window is displayed:<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 14, 433 of 548 |

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| determining if user requested data is accessible based on the information in the profile data store ; | *{Cambium Networks performed the recited step. The ability to enter Admin mode and edit users was determined based on the Admin access. For example, Super Admin could invite and edit user roles.}* <br><br> **User Management** <br><br> **Super Administrator** – Super Administrators can perform all operations. <br><br> **Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration. <br><br> **Operator** – Operators are able to configure device-specific parameters and view all configuration. <br><br> **Monitor** - Monitors have only view access. <br><br> **CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only. <br><br> **Creating Users and Configuring User Roles** <br><br> To add a user: <br> 1. Navigate to **Administration > Users**. <br> 2. Click **Add User**. The following window is displayed: <br><br> https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 14, 429, 433 of 548 |

**12**

EXHIBIT D

*Preliminary Claim Chart Showing Infringement of U.S. Patent No. 7,398,298 by Cambium Networks*

| Claim 13 | |
|---|---|
| delivering the user requested data and sending a confirmation of the delivery. | *{Cambium Networks performed the recited step. User-requested data such as editing user roles was delivered. The Cambium Networks Platform sent a confirmation of the delivery via at least "Save".}*<br><br>User Management<br><br>**Super Administrator** – Super Administrators can perform all operations.<br><br>**Administrator** – Administrators can modify cnMaestro application functionality, but they are not able to edit User, API, or Server configuration.<br><br>**Operator** – Operators are able to configure device-specific parameters and view all configuration.<br><br>**Monitor** - Monitors have only view access.<br><br>**CPI** - CPI can perform onboarding the devices using the CBRS tool and has the view access only.<br><br>**Creating Users and Configuring User Roles**<br><br>To add a user:<br><br>1. Navigate to **Administration > Users**.<br>2. Click **Add User**. The following window is displayed:<br><br>https://www.cambiumnetworks.com/wp-content/uploads/2021/07/cnMaestro-On-Premises-User-Guide-3.0.3.pdf  Page 14, 429, 433 of 548 |

EXHIBIT D