**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DATACLOUD TECHNOLOGIES, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 2:26-CV-00605-JRG-RSP |
| CAMBIUM NETWORKS, LTD., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is Defendant's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint. **Dkt. No. 8.** Having considered the Motion, and noting its unopposed nature, the Court finds it should be, and hereby is, **GRANTED**. Accordingly, it is

**ORDERED** that Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is November 16, 2026.

**SIGNED this 1st day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE